UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X

**Andre Jones**,
        Plaintiff,

-vs-

**New York City**, et. al.

        Defendant.
-------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JAN 0 6 2006 ★
BROOKLYN OFFICE

ORIGINAL

**ORDER OF DISCONTINUANCE**

CV- 05-6020(FB)(VVP)

It having been reported to the Court that the above action has been settled, it is

ORDERED that the action is hereby discontinued, without prejudice to the right to reopen the action if the settlement is not consummated.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: Brooklyn, N.Y.
          January 4, 2006